1  SEYFARTH SHAW LLP
   Sheryl L. Skibbe (SBN 199441)
2  sskibbe@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone:(310) 277-7200
4  Facsimile: (310) 201-5219

5  SEYFARTH SHAW LLP
   Ryan McCoy (SBN 276026)
6  rmccoy@seyfarth.com
   560 Mission Street, 31st Floor
7  San Francisco, California 94105
   Telephone:(415) 397-2823
8  Facsimile: (415) 397-8549

9  Attorneys for Defendant
   RANDSTAD TECHNOLOGIES, LLC
10
   PARMET PC
11 Matthew S. Parmet (SBN 296742)
   matt@parmet.law
12 340 S. Lemon Ave., #1228
   Walnut, CA 91789
13 Telephone:(713) 999-5228
   Facsimile: (713) 999-1187
14
   Attorneys for Plaintiff
15 SAMMY ZIADEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZIADEH, individually and on behalf of and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RANDSTAD TECHNOLOGIES, LLC,<br><br>Defendant. | Case No. 5:20-CV-01857<br><br>[Assigned to the Honorable Lucy H. Koh, Courtroom 8, 4th Floor]<br><br>**JOINT STIPULATION TO ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS AND DISMISS CLASS AND COLLECTIVE CLAIMS**<br><br>Date Action Filed:   March 16, 2020 |

1    This Stipulation is made by and between Plaintiff Sammy Ziadeh ("Plaintiff") and Defendant
2 Randstad Technologies, LLC ("Defendant"), by and through their respective attorneys of record.
3    The Stipulation is made with reference to the following facts:
4    1. WHEREAS, Plaintiff filed an individual and purported class and collective action Complaint
5 in the United States District Court for the Northern District of California on March 16, 2020
6 ("Complaint");
7    2. WHEREAS, Defendant has not been served with the Complaint and has not filed a response
8 to the Complaint, and reserves the right to file its response to the Complaint, as appropriate;
9    3. WHEREAS, pursuant to the arbitration agreement attached hereto as Exhibit A, Plaintiff's
10 individual claims are subject to binding arbitration, and he voluntarily agreed to a class and collective
11 action waiver;
12    4. WHEREAS, the parties have agreed that in order to avoid the time and expense of litigating a
13 Motion to Compel Arbitration and Dismiss Class and Collective Claims, the parties have agreed and will
14 stipulate to submit Plaintiff's individual claims to arbitration and to dismiss his class, and collective
15 claims without prejudice.
16    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:
17    1. Plaintiff's class and collective claims are dismissed without prejudice; and
18    2. Plaintiff's individual claims may proceed only in individual arbitration and are therefore
19 dismissed without prejudice.
20    **IT IS SO STIPULATED**
21
22
23 DATED:  July 2, 2020                Respectfully submitted,
24                                     SEYFARTH SHAW LLP
25                                     By:    */s/ Ryan McCoy*_____
26                                            Sheryl L. Skibbe
                                               Ryan McCoy
27                                     Attorneys for Defendant Randstad Technologies, LLC
28

DATED: July 2, 2020                     Respectfully submitted,

                                                          PARMET PC

                                    By:    */s/ Matthew S. Parmet*_____
                                               Matthew S. Parmet
                                       Attorneys for Plaintiff

### ECF ATTESTATION

    I, Ryan McCoy, attest that concurrence in the filing of this Stipulation has been obtained from the signatory Matthew S. Parmet, counsel for Plaintiffs.  See L.R. 5-1(i)(3).

DATED:  July 2, 2020                     Respectfully submitted,

                                                      SEYFARTH SHAW LLP

                                    By:   */s/ Ryan McCoy*
                                           Sheryl L. Skibbe
                                           Ryan McCoy
                                     Attorneys for Defendant Randstad Technologies, LLC

[Propo~~sed~~] ~~ORDER~~

Pursuant to stipulation, Plaintiff's claims are dismissed without prejudice.  The Clerk shall close the file.

DATED: July 2, 2020

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

64199722v.1